

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2025

No. 04-25-00535-CV

**IN RE** Andrew L. **WHALEY, MD** and Andrew L. Whaley, MD, PA
d/b/a Orthopaedic and Sports Medicine of San Antonio

Original Proceeding[1]

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
          Adrian A. Spears II, Justice
          H. Todd McCray, Justice

Relators filed their petition for writ of mandamus and motion for temporary stay on August 21, 2025. The real party in interest filed a response to the motion for temporary stay and the relators have replied. Having considered the arguments of the parties and the filed record, this court has determined that relator is not entitled to the requested relief. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52(a). All pending motions are **DENIED AS MOOT**.

It is so **ORDERED** on December 3, 2025.

_H. Todd McCray_
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2025.

_Caitlin A. McCamish_
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2023CI16852, styled *Lilia Zuniga v. Andrew L. Whaley, MD, Andrew L. Whaley, MD, PA (d/b/a Orthopaedic Surgery & Sports Medicine of San Antonio)*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Nicole Garza presiding.